UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE EX PARTE* APPLICATION OF TYLOR GROUP LLC FOR AN ORDER UNDER 28 U.S.C. § 1782 | Case No. _____ |

**APPLICATION TO TAKE DISCOVERY
PURSUANT TO 28 U.S.C. §1782**

Applicant Tylor Group LLC ("Applicant") respectfully applies to this Court, based on the accompanying Memorandum of Law, Declaration of Hangil Lee, and exhibits thereto, for an order pursuant to 28 U.S.C. § 1782 authorizing Applicant to take discovery from Janny Lee ("Respondent") for use in a civil claim Applicant filed in Seoul Central District Court seeking a court order recognizing Applicant's ownership of the shares and requiring RedBadge Pacific, Inc. ("RBP") to properly list Applicant as a shareholder in RBP's shareholder registry (the "Korean Action").

This Application meets the statutory requirements of 28 U.S.C. § 1782. Applicant is an "interested person" as a party to the Korean Action, Applicant seeks discovery from Respondent for use in the Korean Action, and Respondent resides or is found in this District.

Further, the four discretionary factors described by the Supreme Court in *Intel Corp v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004) weigh in favor of granting the Application. First, Respondent is not a party to the Korean Action and is outside the jurisdiction of the Korean Court. Second, Korean courts are generally receptive to assistance from U.S. courts in gathering evidence. Third, this Application does not circumvent proof-gathering restrictions under Korean law. Fourth and finally, the proposed deposition and document requests are not unduly intrusive or burdensome on Respondent.

Accordingly, and for the reasons set forth in the accompanying Memorandum of Law, Applicant respectfully requests that this Court enter an Order permitting Applicant to subpoena Respondent for deposition testimony and documents in the form appended as Exhibits 2 and 3 to the accompanying declaration.

Dated September 23, 2025

Respectfully submitted,

*Henninger S. Bullock*
Henninger S. Bullock
Jennifer Huang
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY 10020
212-506-2500
hbullock@mayerbrown.com
jhuang@mayerbrown.com

*Counsel for Tylor Group LLC*