

**FOLEY HOAG** LLP

*1301 Avenue of the Americas, 25th Floor*
*New York, NY 10019*

*212.812.0400 main*
*212.812.0399 fax*

The conference scheduled for January 7, 2026 is now held on **Tuesday, January 20, 2026 at 10 AM.**
The parties should be prepared to discuss the status of the case. Please dial (646) 453-4442, Access
Code: 124 624 325#.
The Court of Court is respectfully requested to grant ECF 16.
Dated: December 30, 2025
New York, NY

SO ORDERED

*[signature]*

**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**

December 29, 2025

Hon Robyn F. Tarnofsky
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 703
212-805-3840

Re:    Case No. 25-mc-420: In re: Ex Parte Application of Tylor Group LLC for an
Order Under 28 U.S.C. 1782 – Request for Adjournment of Telephonic
Conference

Dear Judge Tarnofsky,

This firm represents discovery target Janny Lee in the above-captioned matter.
Pursuant to Your Honor's Civil Rule (I)(D) and the Court's Order of December 17, 2025,
Respondent hereby moves to adjourn the telephonic conference currently scheduled for
Wednesday, January 7, 2026. Applicant has consented to the relief requested herein.

Good cause exists for the adjournment. Undersigned counsel will be in trial in this
District for approximately one week, in *Actava TV, Inc. et al. v. Joint Stock Company "Channel
One Russia Worldwide" et al.*, No. 18-cv-0662 (ALC) (JW). The trial is scheduled to begin on
Wednesday, January 7, 2026 and may continue through Friday, January 16, 2026. Accordingly,
Counsel will be unavailable for the scheduled conference.

Having conferred with Applicant's counsel, the parties are available on Tuesday,
January 20, 2026 or from Monday, January 26, 2026 through Thursday, January 29, 2026. The
requested adjournment will not affect any other dates, and no other deadlines are currently set.

This is Respondent's first request for any adjournment or extension of time in this case.

We appreciate the Court's consideration.

Hon Robyn F. Tarnofsky
Page 2

Respectfully Submitted,

*/s/ Peter A. Sullivan*

Peter A. Sullivan
Foley Hoag LLP
1301 Avenue of the Americas, 25th Floor
New York, NY 10019
Phone: (212) 812-0310
Email: psullivan@foleyhoag.com

cc:
Counsel of record via ECF