UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE EX PARTE APPLICATION OF TYLOR
GROUP LLC FOR AN ORDER UNDER 28 U.S.C.
§ 1782.

25-MC-0420 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on January 20, 2026, the parties shall meet

and confer and provide a joint status update by **February 10, 2026.**

Dated: January 21, 2026
       New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**